■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH EDWARD LINDBERG, Appellant.— Judgment of the County Court, Orange County, rendered March 5, 1971, affirmed. The record reveals that defendant was advised of his constitutional rights and signed a statement that he had been so advised; that the People served a notice that defendant's statement would be used on the trial; and that no motion to suppress the statement was made by defendant. Munder, Acting P. J., Latham, Shapiro, Gulotta and Brennan, JJ., concur.